UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| PHILLIPPE ANGRAND,<br>　　Petitioner,<br><br>v.<br><br>MARKWAYNE MULIN, *Secretary,<br>U.S. Department of Homeland<br>Security*; TODD LYONS, *Acting<br>Director, U.S. I.C.E.*; PATRICIA<br>HYDE, *New England Field Office<br>Director, U.S. I.C.E.*; and WARDEN,<br>DONALD W. WYATT DETENTION<br>FACILITY,<br>　　Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 26-cv-111-JJM-AEM |

ORDER

In preparation for the chambers conference to be held tomorrow, Wednesday, June 10, 2026, at 9:00 a.m., at which Respondents shall explain to the Court why Mr. Angrand was not transported to his state court criminal trial on Wednesday, June 3, 2026, the Respondents' attorney shall come prepared with the following information:

1. Who conveyed the Court Order to ICE—what, when and how;
2. Who received the Court Order at ICE and what was done to comply with the Court Order;
3. Everything ICE did to comply with the Order;
4. Whose responsibility at ICE ERO it was to comply with the Court's Order;
5. How many times in the past year has ICE transported a detainee in its custody at the Wyatt to a state court proceeding;
6. How many times in the past year has ICE relied on a state authority to transport a detainee from Wyatt to a state court proceeding;
7. Any ICE ERO policies, procedures, protocols, or past practices for state habeas transfers.

IT IS SO ORDERED.


*s/John J. McConnell, Jr.*

_____
JOHN J. MCCONNELL, JR.
Chief Judge
United States District Court


June 9, 2026